# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARMEN FONSECA ACEVEDO   *
                        *

      Plaintiff         *

                          *          **Civil No. 98-2272(SEC)**

v.                        *
                         *

UNITED STATES OF AMERICA   *
                         *

      Defendant      *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

       The above-captioned matter is hereby referred to Magistrate Judge Justo Arenas for the holding of a case management and settlement conference, **to be set no later than November 1ˢᵗ, 1999**. The meeting should address the following issues, among others: (a) whether there has been compliance with the deadlines imposed in the case management order; (b) whether the case is ripe for settlement; and (c) if settlement is not viable, whether the parties would be willing to revisit the possibility of consenting to proceed before a Magistrate Judge. In the event that settlement negotiations are not successful and the parties are unwilling to consent to trial before the Magistrate Judge, **the case shall be returned to this Court**.

       **SO ORDERED.**

      In San Juan, Puerto Rico, this *3/ˢᵗ* day of August, 1999.


                                SALVADOR E. CASELLAS
                                United States District Judge

