IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN FONSECA ACEVEDO,

Plaintiff

v.                                      CIVIL 98-2272 (SEC)

UNITED STATES OF AMERICA,

Defendant

## ORDER

A case management and settlement conference is set for October 19, 1999 at 11:00 p.m.

In San Juan, Puerto Rico, this 22nd day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)