IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN FONSECA ACEVEDO,

Plaintiff

v.                                                          CIVIL 98-2272 (SEC)

UNITED STATES OF AMERICA,

Defendant

---

ORDER

---

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Change of Date, 9-27-99. | 16 | Granted. The case management/settlement conference is reset for October 27, 1999 at 11:15 a.m. |

In San Juan, Puerto Rico, this 30th day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)