IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN FONSECA ACEVEDO,

Plaintiff

v.                                                              CIVIL 98-2272 (SEC)

UNITED STATES OF AMERICA,

Defendant

## SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiff was represented by José Vázquez García, Esq., defendant by Lisa E. Bhatia Gautier, Assistant United States Attorney.

Settlement was discussed but further exchanges are required for the parties to inform if the case may settle. With that in mind, a further settlement conference is set for November 12, 1999 at 9:00 a.m.

In San Juan, Puerto Rico, this 27th day of October, 1999.

JUSTO ARENAS
United States Magistrate Judge




AO 72
(Rev 8/82)