IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN FONSECA ACEVEDO,

Plaintiff

v.                                                    CIVIL 98-2272 (SEC)

UNITED STATES OF AMERICA,

Defendant

## SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiff was represented by José Vázquez García, Esq., defendant by Lisa E. Bhatia Gautier, Assistant United States Attorney.

Parties are to inform within five days if the case will settle on the terms discussed at the conference.

In San Juan, Puerto Rico, this 12th day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge