IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN FONSECA ACEVEDO,

Plaintiff

v.                                         CIVIL 98-2272 (SEC)

UNITED STATES OF AMERICA,

Defendant

_____

**ORDER**

Parties are to inform within five days if the case will settle. Otherwise it will be referred to the court for further action.

In San Juan, Puerto Rico, this 22nd day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)

