IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
99 DEC 14 AM 7:31

CARMEN FONSECA ACEVEDO,

Plaintiff

v.                                           CIVIL 98-2272 (SEC)

UNITED STATES OF AMERICA,

Defendant

# O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Informative Motion Re Settlement Conversations, 12-7-99. | 21 | In keeping with my order of November 22, 1999, the case is referred to the court. |

In San Juan, Puerto Rico, this 13th day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge