12/16/99

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARMEN FONSECA ACEVEDO    *

      *

Plaintiff       *      **Civil No. 98-2272(SEC)**

      *

v.       *

      *

UNITED STATES OF AMERICA    *

      *

Defendant       *

**************************************

RECEIVED & FILED
1999 DEC 16 AM 9: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Upon the parties' "Stipulation for Compromise Settlement" (**Docket # 22**), this action is hereby **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _14_ day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge